1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 USA,                                    Case No.17-mj-70060-MAG-1  (SK)
8          Plaintiff,
9      v.                                 Charging District's Case No.
                                          12-cr-00224-KJM
10 KORYUN HAKOBYAN,
11          Defendant.

**COMMITMENT TO ANOTHER DISTRICT**

12
13          The defendant has been ordered to appear in the Eastern District of California
14 The defendant may need an interpreter for this language: Armenian.
15          The defendant:          (X) will retain an attorney.
16                                  ( ) is requesting court-appointed counsel.
17          The defendant remains in custody after the initial appearance.
18          **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with
19 a copy of this order, to the charging district and deliver the defendant to the United States Marshal
20 for that district, or to another officer authorized to receive the defendant.  The Marshal or officer
21 of the charging district should immediately notify the United States Attorney and the Clerk of the
22 Clerk for that district of the defendant's arrival so that further proceedings may be promptly
23 scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the
24 charging district.
25 Dated: January 18, 2017
26 
          _____
27 SALLIE KIM
   United States Magistrate Judge
28

*United States District Court*
*Northern District of California*